THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James G. Jayne, Appellant.
 
 
 

Appeal From Lexington County
 L. Casey Manning, Circuit Court Judge
Unpublished Opinion No.  2009-UP-373
Submitted June 1, 2009  Filed June 29,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney Salley W. Elliott, all of
 Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: James G. Jayne appeals his Alford[1] pleas and sentences for kidnapping and first-degree criminal sexual conduct,
 and his guilty plea and sentence for criminal domestic violence of a high and
 aggravated nature, arguing his plea was invalid as a conditional plea and the
 State improperly withheld information under Brady v. Maryland, 373 U.S.
 83 (1963).  After a thorough
 review of the record, counsels brief, and Jaynes pro se brief, pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[2]
APPEAL
 DISMISSED.
HEARN, C.J., and THOMAS and KONDUROS, JJ., concur.

[1] North Carolina v. Alford, 400 U.S. 25
 (1970).   
[2] We decide this case without oral argument
 pursuant to Rule 215, SCACR.